# NO. 12-21-00138-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| ***STEPHANIE ANN DIKE,*** ***APPELLANT*** | *§* | ***APPEAL FROM THE 7TH*** |
| ***V.*** | *§* | ***JUDICIAL DISTRICT COURT*** |
| ***THE STATE OF TEXAS,*** ***APPELLEE*** | *§* | ***SMITH COUNTY, TEXAS*** |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, Stephanie Ann Dike, filed a motion to dismiss this appeal. The motion is signed by Appellant and her counsel. No decision has been delivered in this appeal. Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.2(a).

Opinion delivered June 8, 2022.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JUNE 8, 2022**

**NO. 12-21-00138-CR**

**STEPHANIE ANN DIKE,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

---

Appeal from the 7th District Court
of Smith County, Texas (Tr.Ct.No. 007-0132-20)

---

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*